[No. 17544-4-II.    Division Two.    March 31, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. STACIE P. SCHMOLL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 92-1-04186-5, Donald H. Thompson, J., entered August 24, 1993. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton, A.C.J., and Bridgewater, J.

[No. 16912-6-II.    Division Two.    March 31, 1995.]

SUSAN K. GRAY, ET AL, *Appellants*, v. MERRILEE PELZEL, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 92-2-02753-0, Nile E. Aubrey, J., entered January 22, 1993. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton, A.C.J., and Bridgewater, J.

[No. 17366-2-II.    Division Two.    March 31, 1995.]

RONNIE SKELTON-RANDALL, ET AL, *Appellants*, v. SHANNON GREENE, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 91-2-01886-5, Leonard Costello, entered December 31, 1992. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton, A.C.J., and Bridgewater, J.

[No. 33622-3-I.    Division One.    April 3, 1995.]

JOHN G. EARP, ET AL, *Appellants*, v. PAMELA WARD, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 92-2-03027-6, Nancy A. Holman, J., entered October 5, 1993. *Reversed* and *remanded* by unpublished per curiam opinion.